FILED
2011 Nov-02  PM 03:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

JWV/MKA November 2011
GJ# <u>19</u>

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF ALABAMA

# <u>NORTHEASTERN DIVISION</u>

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | No. |
| ) | |
| DAVID ALAN DAUGETTE, ) | |
|     Defendant ) | |

## <u>INDICTMENT</u>

### <u>COUNT ONE</u>
### [29 U.S.C. § 501(c)]

The Grand Jury charges:

From on or about July 26, 2006, until on or about September 9, 2008, in Madison County, in the Northern District of Alabama, and elsewhere, the defendant,

**DAVID ALAN DAUGETTE,**

while an officer, that is Secretary-Treasurer, of International Association of Machinists and Aerospace Workers AFL/CIO, The Space and Rocket City Local Lodge 2766, a labor organization engaged in an industry affecting interstate commerce, knowingly did embezzle and steal and unlawfully and willfully did abstract and convert to his own use and the use of others the moneys, funds,

securities, property, and other assets of the labor organization in the approximate amount of $6,740.03.

All in violation of Title 29, United States Code, Section 501(c).

**A TRUE BILL**


*/s/*
FOREPERSON OF THE GRAND JURY

JOYCE WHITE VANCE
United States Attorney

*/s/*
MELISSA K. ATWOOD
Assistant United States Attorney